CAROL W. WU
25A Crescent Drive #413
Pleasant Hill, CA 94523
(408) 404-7040
Trustee in Bankruptcy



FILED

JUN 27 2014

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

**ALLIANCE TITLE COMPANY, INC.**

Debtor(s)

Case No. **08-52978-SLJ**

Chapter **7**

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $145,955.59. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Hortencia Cobian<br>9108 Little Horse Ave.<br>Las Vegas, NV 89143 | 388P | $3,614.33 |
| Chadwell, Mark E.<br>2423 T Street # 3<br>Sacramento, CA 95816 | 408-101 | $318.95 |
| Chand, Moushmi S.<br>786 Woodside Ln East Unit 11<br>Sacramento, CA 95825 | 408-102 | $363.46 |
| Chavarin, Yadira<br>11440 Caminito La Bar #143<br>San Diego, CA 92126 | 408-103 | $809.41 |
| Cinaglia, Nichole M.<br>1442 Croydon Court<br>Plumas Lake, CA 95961 | 408-108 | $3,203.53 |
| Clark-Smith, Ebony Lee Y.<br>5234 Sacramento Ave. #A<br>Richmond, CA 94804 | 408-111 | $336.98 |

| | | |
|---|---|---|
| Conte, Janice D.<br>5633 Drysdale Drive<br>San Jose, CA 95124 | 408-117 | $1,171.44 |
| Cooper, Suzanne R.<br>425 Hillcrest Circle<br>Dixon, CA 95620 | 408-121 | $1,506.51 |
| Cooprider, Pamela A.<br>2120 Report Avenue<br>Stockton, CA 95205 | 408-122 | $901.15 |
| Cortez, Yolanda<br>2238 Gateway Drive #324<br>Sacramento, CA 95833 | 408-125 | $543.75 |
| Davis, Christina M.<br>4089 Beacon Place<br>Discovery Bay, CA 94505 | 408-135 | $2,536.03 |
| Derobertis, Kerri<br>1601 Cornell Way<br>Auburn, CA 95603 | 408-144 | $1,615.58 |
| Dinh, Uyen B.<br>4664 Hilltop View Lane<br>San Jose, CA 95138 | 408-150 | $5,801.09 |
| D'Orazio, Lisetta M.<br>2960 Union Street #203<br>San Diego, CA 92103 | 408-152 | $622.47 |
| Dyak, Ashleigh L.<br>1005 S. Hanlon Drive<br>Anaheim Hills, CA 92808 | 408-160 | $1,293.93 |
| Enriquez, Lorena L.<br>2523 E Ward Terrace #A<br>Anaheim , CA 92806 | 408-171 | $204.36 |
| Eusantos, Maria Analita D.<br>657 Brittanyann Lane<br>Stockton, CA 95206 | 408-172 | $396.03 |
| Faber, William G.<br>1609 Ruth Lane<br>Newport Beach, CA 92660 | 408-175 | $654.85 |
| Francis, Sharon A.<br>14382 Outrigger Drive<br>San Leandro, CA 94577 | 408-190 | $2,163.64 |
| Gieseking, Rheanna L.<br>1566 Arbutus<br>Walnut Creek, CA 94546 | 408-199 | $857.69 |
| Gipson, Sarah L.<br>120 Dixon Landing Road #158<br>Milpitas, CA 95035 | 408-206 | $1,256.92 |
| Gonzalez, Mary C.<br>3062 Clubhouse Drive<br>Costa Mesa , CA 92626 | 408-210 | $401.27 |

| | | |
|---|---|---|
| Gragg, Kevin<br>8975 Alcosta Boulevard #105<br>San Ramon, CA 94583 | 408-211 | $875.15 |
| Guajardo, Laura D.<br>3724 Laurenburg Avenue<br>Modesto, CA 95357 | 408-225 | $1,146.46 |
| Guerrero, Kendall L.<br>5605 Friars Road Unit 316<br>San Diego, CA 92110 | 408-226 | $177.03 |
| Hackwell, Brad M.<br>3724 Finnian Way<br>Dublin, CA 94568 | 408-236 | $1,024.60 |
| Hall, Suzanne M.<br>P.O. Box 743<br>Meadow Vista, CA 95722 | 408-238 | $383.58 |
| Hennessy, Vikki P.<br>8681 Katella Avenue Sp. 715<br>Stanton, CA 90680 | 408-251 | $99.70 |
| Hernandez, Angelica S.<br>611 Yahwen Court<br>Delano, CA 93215 | 408-255 | $325.99 |
| Hetle, Christine L.<br>4006 Wimbledon Drive<br>Diamond Springs, CA 95619 | 408-257 | $351.31 |
| Hinschberger, Jenafer A..<br>4907 River Avenue<br>Newport Beach, CA 92663 | 408-259 | $415.65 |
| Horn, Donna K.<br>19415 Benedict Drive<br>Woodbridge, CA 95258 | 408-263 | $620.36 |
| Banez, Tamara L.<br>3954 Geddes Court<br>So. San Francisco, CA 94080 | 408-28 | $170.98 |
| Jimenez, Lourdes<br>7325 Hagen Court<br>Gilroy, CA 95020 | 408-283 | $186.95 |
| Karty, Annamira R.<br>1389 Old Janal Ranch Road<br>Chula Vista, CA 91915 | 408-296 | $994.85 |
| Agbabiaka, Risi J.<br>868 29th St<br>Oakland, CA 94608 | 408-3 | $602.99 |
| Kim, Serey R.<br>421 South Agate St.<br>Anaheim, CA 92804 | 408-305 | $314.92 |
| Kirkpatrick, Martha E.<br>420 Phoenix Avenue<br>Modesto, CA 95354 | 408-310 | $4,676.93 |

| | | |
|---|---|---|
| Kotleba, John<br>904 Richard Ct<br>El Dorado Hills, CA 95762 | 408-313 | $4,168.47 |
| Kovach, Stephen P.<br>2260 Posada Court<br>Corona, CA 92879 | 408-314 | $220.64 |
| Kuzak, Stacey L.<br>1890 Junction Boulevard #721<br>Roseville, CA 95747 | 408-319 | $2,357.12 |
| La Rue, Shena M.<br>14331 Hacienda Drive<br>Huntington Beach, CA 92647 | 408-320 | $239.88 |
| Lombardi, Lisa<br>3936 Bay View Court<br>Stockton, CA 95219 | 408-342 | $2,012.62 |
| Lopez, Timothy A.<br>200 Cathedral Cove #5<br>Camarillo, CA 93012 | 408-345 | $947.70 |
| Mackaig, Kelli M.<br>2951 Holdrege Way<br>Sacramento, CA 95835 | 408-353 | $525.05 |
| Magalhaes, Jacqueline E.<br>677 Dartmoor Lane #148<br>Hayward, CA 94544 | 408-354 | $144.00 |
| Manconi, Jamie J.<br>10445 Mast Blvd #101<br>Santee, CA 92071 | 408-357 | $230.95 |
| Marker, Nancy J.<br>2390 Willits Road<br>Alpine, CA 91901 | 408-363 | $889.96 |
| Martin, Wendy S.<br>2307 Nicklaus Drive<br>Oceanside, CA 92056 | 408-367 | $1,020.60 |
| Matthews, Virginia<br>1715 Sunnyvale Avenue<br>Walnut Creek, CA 94597 | 408-370 | $1,400.82 |
| Medeiros, Steven D.<br>59 Saint Timothy Court<br>Danville, CA 94526 | 408-379 | $1,234.21 |
| Medina, Genea M.<br>533 Soscol Avenue #104<br>Napa, CA 94559 | 408-380 | $456.48 |
| Mendoza, Albert J<br>1252 Tracy Circle<br>Vallejo, CA 94590 | 408-384 | $753.62 |
| Menzie Merritt, Angie M.<br>220 Fuller Lane<br>Dixon, CA 95620 | 408-386 | $2,732.12 |

| | | |
|---|---|---|
| Moore, Gary<br>9839 Lincoln Village Drive<br>Sacramento, CA 95827 | 408-398 | $1,863.69 |
| Aguilar, Lisa R.<br>301 Acapulco Drive<br>Bakersfield, CA 93314 | 408-4 | $2,585.61 |
| Beauvale, Alfred L.<br>1015 East Van Bibber Avenue<br>Orange, CA 92866 | 408-40 | $5,801.09 |
| Moua, Poua<br>7212 Diana Way<br>Sacramento, CA 95828 | 408-402 | $278.87 |
| Musick, Robyn L.<br>10602 Arden Villa Drive<br>Bakersfield, CA 93311 | 408-407 | $1,342.17 |
| Myers, Anthony<br>335 Elan Village Lane 101<br>San Jose, CA 95134 | 408-408 | $1,176.96 |
| Ouk, Minika<br>1944 North Star Circle<br>San Jose, CA 95131 | 408-428 | $177.83 |
| Palomino, Maureen C.<br>3607 Cambridge Court<br>Pleasanton, CA 94588 | 408-432 | $99.83 |
| Petrie, Shawna K.<br>2023 Taft Drive<br>Rocklin, CA 95765 | 408-443 | $1,924.42 |
| Phongsa, Anna L.<br>162 Red Hawk Court<br>Brisbane, CA 94005 | 408-446 | $136.37 |
| Popa, Simona<br>5643 Bolton Way<br>Rocklin, CA 95677 | 408-450 | $349.10 |
| Powell, Geraldine A.<br>1528 Prescott Drive<br>Chula Vista, CA 91915 | 408-453 | $885.99 |
| Bell, Brittany A.<br>1015 E. Van Bibber Avenue<br>Orange, CA 92866 | 408-46 | $1,299.93 |
| Quinlan, Patricia J.<br>309 La Paz Court<br>San Ramon, CA 94583 | 408-466 | $4,289.39 |
| Quinones, Wilda<br>15845 Dodrill Drive<br>Hacienda Heights, CA 91745 | 408-467 | $264.89 |
| Quintero, Rosa M.<br>2200 Standiford Avenue #261<br>Modesto, CA 95350 | 408-469 | $691.93 |

| | | |
|---|---|---|
| Radke, Betty A.<br>3660 Toronto Road<br>Cameron Pk, CA 95682 | 408-471 | $545.80 |
| Radke, Theodore L.<br>3660 Toronto Road<br>Cameron Park, CA 95682 | 408-472 | $2,861.97 |
| Reese, Trina L.<br>1451 S. Mills<br>Lodi, CA 95242 | 408-478 | $1,075.71 |
| Rife, Troy L.<br>223 Wyatt Place<br>Norco, CA 92860 | 408-485 | $784.38 |
| Robinson, Derrick J.<br>14601 San Remo Drive<br>Corona, CA 92880 | 408-487 | $1,005.64 |
| Rosado, Elida R.<br>15732 Paseo del Campo<br>San Lorenzo, CA 94580 | 408-495 | $257.46 |
| Ross, Robert M.<br>9 Allaire Way<br>Aliso Viejo, CA 92656 | 408-497 | $815.37 |
| Aguilar, Norma D<br>1035 El Camino Real #14<br>Burlingame, CA 94010 | 408-5 | $54.44 |
| Santangelo, Stefanie S.<br>15122 1/2 Dickens St.<br>Sherman Oaks, CA 91403 | 408-507 | $928.52 |
| Santoya, Nichelle R.<br>2263B Warfield Way<br>San Jose, CA 95122 | 408-508 | $255.23 |
| Sarbasi, Sanaz<br>15 Balcony<br>Irvine, CA 92603 | 408-509 | $3,055.97 |
| Schieber, Karen E.<br>1020 Vista Monte Dr<br>San Ramon, CA 94583 | 408-510 | $2,692.17 |
| Seda, Tina<br>17120 Rosemary Circle<br>Morgan Hill, CA 95037 | 408-514 | $3,388.17 |
| Smith, Melody A.<br>2405 T Street Unit A<br>Sacramento, CA 95816 | 408-525 | $432.69 |
| Snyder, Cindy M.<br>1140 Adler Court<br>Fremont, CA 94536 | 408-529 | $5,801.09 |
| Souza, Matthews R.<br>7923 Moorcroft Avenue<br>Canoga Park, CA 91304 | 408-531 | $552.97 |

| | | |
|---|---|---|
| Stevens, James O.<br>917 Coach Street<br>Stockton, CA 95209 | 408-538 | $1,581.38 |
| Surratt, Blyss R.<br>6037 Mcneely Way<br>Orangevale, CA 95662 | 408-541 | $527.51 |
| Tanaka, Amy I.<br>360 Auburn Way #7<br>San Jose, CA 95129 | 408-542 | $265.89 |
| Thiara, Bachittar<br>1691 Biarritz Court<br>Tracy, CA 95304 | 408-545 | $1,176.95 |
| Ulrich, Natalie C.<br>800 Redwood Highway 132<br>Mill Valley, CA 94941 | 408-559 | $2,985.86 |
| Vigil, John R.<br>28526 Klondike<br>Portola Hills, CA 92679 | 408-566 | $225.50 |
| Watson, Kenneth N.<br>11660 Church St., #484<br>Rancho Cucamonga, CA 91730 | 408-575 | $5,364.71 |
| Whicker, Michele<br>2062 Harmil Way<br>San Jose, CA 95125 | 408-580 | $5,133.73 |
| Williams, Carla M.<br>40734 Chapel<br>Fremont, CA 94538 | 408-588 | $3,361.25 |
| Winchester, Lilliana B.<br>1720 Plaza de San Joaquin<br>Modesto, CA 95350 | 408-592 | $4,459.24 |
| Yang, Leslie<br>4420 Pow Way<br>Sacramento, CA 95820 | 408-597 | $294.77 |
| Yang, Vilai<br>8415 Dandelion Drive<br>Sacramento, CA 95624 | 408-598 | $482.62 |
| Agular, Jacob M.<br>229 Mackay Avenue<br>Ventura, CA 93004 | 408-6 | $321.13 |
| Bond, Linda J.<br>1243 Rudgear Road<br>Walnut Creek, CA 94596 | 408-60 | $1,040.05 |
| Bostick, Dawnella M.<br>578 Bridgeford Drive<br>Roseville, CA 95678 | 408-61 | $418.22 |
| Boyd, Deborah M.<br>2214 Salem Way<br>Rocklin, CA 95765 | 408-64 | $778.90 |

| | | |
|---|---|---|
| Bradford, Valerie J.<br>14331 Hacienda Drive<br>Huntington Beach, CA 92647 | 408-67 | $2,227.10 |
| Brown, Cheryl L.<br>836 Fall River Trail<br>Vacaville, CA 95687 | 408-72 | $2,648.52 |
| Brown, Heather D.<br>14355 East Purdue St.<br>Moorpark, CA  93021 | 408-74 | $841.69 |
| Brown, Leslie A.<br>225 Bryan Avenue<br>Roseville, CA 95661 | 408-76 | $1,756.28 |
| Castellon, Sandra L.<br>416 Via de Moreno<br>Delano, CA 93215 | 408-95 | $113.58 |

Total Unclaimed Dividends: $145,955.59

Dated: June 26, 2014

CAROL W. WU, TRUSTEE