Form NUCF

# UNITED STATES BANKRUPTCY COURT
### *for the*
### Northern District of California

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 08–52978 SLJ 7 |
| Alliance Title Company, Inc. | Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Dilks & Knopik LLC, Creditor Donna K. Horn   CLAIM: 620.36

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☑ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☑ Other:


The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 11/3/2014 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor


Dated: <u>10/3/14</u>                    For the Court:

                                         Edward J. Emmons
                                         Clerk of Court
                                         United States Bankruptcy Court

                                         By: Toni Taylor
                                             (415)268–2335
                                             Toni_Taylor@canb.uscourts.gov