ORIGINAL

FILED

OCT 1 7 2014

CLERK
United States Bankruptcy Court
San Jose, California

October 14, 2014

U.S. Bankruptcy Court
Northern Division
280 South First Street, Room 3035
San Jose, CA 95113-3099

To: Clerk of the Court
Re: Case #08-52978
Alliance Title Company

It has come to my attention that I have unclaimed funds owed to me in the amount of $889.96 from Case #08-52978. Alliance Title Company was my employer at the time they went out of business. Please let me know how to proceed with obtaining these unclaimed funds.

Sincerely,

Nancy Marker
P.O. Box 356
Trout Lake, WA 98650
Ph #619-400-9400
Email: nmarker66@gmail.com