

The following constitutes
the order of the court. Signed December 24, 2014

*Stephen Johnson*
Stephen L. Johnson
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Alliance Title Company, Inc

Debtor

Case No. 08-52978-SLJ

Chapter No. 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Suzanne M. Hall in the total amount of $ 383.58 was not cashed within the 90 day limit and an unclaimed money report was entered on June 27, 2014 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Suzanne M. Hall is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $ 383.58 to the order of Suzanne M. Hall and mail to P.O Box 342 Weimar, Ca 95736

**End of Order**
**No Service List Requested**