

The following constitutes
the order of the court. Signed January 22, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
) Case No. 08-52978
Alliance Title Company, Inc. ) Chapter 7
)
Debtor(s) ) **ORDER TO PAY UNCLAIMED**
) **FUNDS**

It appearing that the check(s) made payable to Linda J. Bond in the total amount of $1,040.05 was not cashed within the 90 day limit and an unclaimed money report was entered on or about June 27, 2014 to close this account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Carl Bond for the Estate of Linda J. Bond, c/o Alliance Research & Recovery, Inc. is now claiming the above monies in the petition attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,040.05 to:

Carl Bond for the Estate of Linda J. Bond
c/o Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

**End of Order**
**No Service List Requested**