

The following constitutes
the order of the court. Signed January 22, 2015

*Stephen Johnson* (signature)

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 08-52978-SLJ |
| Alliance Title Company, Inc. | Chapter No. 7 |
| Debtor | **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to Brittany A. Bell, in the amount of $1,299.93 was not cashed within the 90 day limit and an unclaimed money report was entered on 06/27/2014 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Brittany A. Bell C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,299.93, to:

Brittany A. Bell
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216.

\*\*End of Order\*\*
\*\*No Service List Requested\*\*